**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MARBELY GUNDAKER,

    Plaintiff,

v.                                Case No: 5:14-cv-238-Oc-30PRL

SOUTH LAKE HOSPITAL, INC.,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #13) and Plaintiff's Response in Opposition (Dkt. #18). Having reviewed the pleadings and the record, the Court concludes that the motion should be denied.

Defendant's motion is based on its premise that Plaintiff was granted all FMLA benefits to which she was entitled. But, as Plaintiff points out, Plaintiff alleges in paragraph 10 of the Amended Complaint (Dkt. #10) that Defendant counted her FMLA absences in determining that Plaintiff violated its leave policy. Plaintiff further alleges that had the protected absences not been counted, Plaintiff would not have violated the policy. Therefore, the Amended Complaint states a cause of action.

Accordingly, it is ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #13) is DENIED.

2. Defendant shall file its Answer to the Amended Complaint within fourteen (14) days of the date of this Order.

3. Plaintiff's Motion to Dismiss (Dkt. #5) filed on April 30, 2014, is terminated as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of August, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\14-cv-238 mtd 13.docx